MAE SACKMAN v. MICHAEL W. SCHEITERLE.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE HORN & HARDART COMPANY v. 115 EAST 14TH STREET COMPANY, INC., Impleaded with THIRD HOLDING CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LOUIS FRIEDMAN v. CONNECTICUT GENERAL LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

PARK & TILFORD v. NEW YORK CENTRAL RAILROAD COMPANY, Impleaded with MOTOR TRUCK RENTING CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ESSIE MAE MYER v. WARNER D. ORVIS and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WILLIAM S. RIGGS v. HERMAN A. SCHMIDT, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SPINGLER VAN BEUREN ESTATES, INC., v. CHARLES PARKER ESTATE, INC., Formerly THE CHARLES PARKER COMPANY, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HANNAH ALBERT v. TITLE GUARANTEE AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

TECHNICAL SERVICE AGENCY, INC., and Others v. PAUL MOSS, as Commissioner of Licenses of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore and Cohn, JJ.

MOSES H. GROSSMAN and Others v. MANUFACTURERS TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

LEON BRISKMAN and Another v. GLENS FALLS INDEMNITY COMPANY OF GLENS FALLS, NEW YORK. LOTTIE DORFMAN and Another v. GLENS FALLS INDEMNITY COMPANY OF GLENS FALLS, NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

I. & I. HOLDING CORPORATION v. ISIDOR GAINSBURG.— Motion for leave to appeal to the Court of Appeals granted; questions certified. [See ante, p. 550.] Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Estate Tax on the Estate of MARY MOORE LAGERGREN, Deceased. STATE TAX COMMISSION; BENJAMIN MOORE and WM. MASON SMITH.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 820.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.